IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01466-REB-KLM

AMY SHROFF, and
LAILA SHROFF,

    Plaintiff(s),

v.

FRANK SPELLMAN,  individually and in his official capacity,
THE CITY AND COUNTY OF DENVER, a municipality,
WILLIAM LOVINGIER, in his official capacity, and
UNKNOWN DENVER DEPUTY SHERIFFS, in their official and individual capacities,

    Defendant(s).

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter comes before the Court on the Parties' **Stipulated Motion for Protective Order** [Docket No. 11; filed September 20, 2007] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED.**

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of this Court as of the date of this Minute Order.

The Parties are directed to correct the Civil Action No. (07-cv-01466-REB-<u>KLM</u>) on future pleadings.

Dated:  September 25, 2007