IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01466-REB-KMT


AMY SHROFF, and
LAILA SHROFF,

        Plaintiffs,

v.

FRANK SPELLMAN, individually and in his official capacity,
THE CITY AND COUNTY OF DENVER, a municipality,
WILLIAM LOVINGIER, in his official capacity, and
UNKNOWN DENVER DEPUTY SHERIFFS, in their official and individual capacities,

        Defendants.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


Plaintiffs' "Unopposed Motion to Schedule Settlement Conference" (#25, filed April 2, 2008) is
DENIED. The date was cleared with Magistrate Judge Mix's chambers and this is not her case.
Counsel are directed to place a conference call to chambers at (303) 335-2780 no later than April
11, 2008 to obtain a date for the Settlement Conference.

Dated: April 4, 2008