IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01466-REB-KMT

AMY SHROFF, and
LAILA SHROFF,

      Plaintiffs,

v.

FRANK SPELLMAN, individually and in his official capacity,
THE CITY AND COUNTY OF DENVER, a municipality,
WILLIAM LOVINGIER, in his official capacity, and
UNKNOWN DENVER DEPUTY SHERIFFS, in their official and individual capacities,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

The "Joint Motion to Modify Final Pretrial Order" (#60, filed September 22, 2008) is GRANTED. The Final Pretrial Order (Doc. No. 51) is modified as follows:

> The objections to exhibits that are contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the Clerk of Court and served by hand delivery or facsimile no later than January 9, 2009.

Dated: September 30, 2008