IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01466-REB-KMT

AMY SHROFF, and
LAILA SHROFF,

Plaintiffs,

v.

FRANK SPELLMAN, individually and in his official capacity,

Defendants.

**MINUTE ENTRY FOR SETTLEMENT CONFERENCE**

TO: Docketing

FROM: Magistrate Judge Kathleen M. Tafoya

DATE: June 16, 2010

A settlement conference was held on this date, and a settlement was reached as to all claims in this action. The parties shall file a stipulated motion to dismiss on or before 45 days from the Notice of City Council and Mayor decision regarding the settlement.

Settlement conference and preparation time involved: 2 hours.

A written record was made.