**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01466-REB-KMT

**AMY SHROFF,**
**LAILA KRUSE**, a minor by her mother and next friend AMY SHROFF

Plaintiffs,

v.

**FRANK SPELLMAN**, in his official and individual capacity,

Defendants.

---

## NOTICE OF SETTLEMENT

---

Defendant, Frank Spellman, in his official and individual capacity, by his undersigned attorneys, submits the following Notice of Settlement concerning all remaining claims in this lawsuit. Pursuant to REB Civ. Practice Standard II.H.3 and the Court's Minute Order (#97, filed 06/16/10), Defendant notifies the Court that at the meeting of the Denver City Council on June 28, 2010, the settlement was approved of all remaining claims in this lawsuit. Dismissal papers will be filed with the Court upon issuance of settlement vouchers pursuant to the settlement agreement.

Respectfully submitted this 29th day of June 2010.

DENVER CITY ATTORNEY'S OFFICE

By: s/Suzanne A. Fasing
Assistant City Attorney
201 W. Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: 720-913-3100
*Counsel for Defendant Frank Spellman in his individual and official capacities*

BRUNO, COLIN, JEWELL & LOWE, PC.

By: s/Michael T.Lowe
Michael T. Lowe
1999 Broadway, Suite 3100
Denver, CO 80202-5143
Telephone: 303-831-1099
*Co-Counsel for Defendant Frank Spellman in his individual capacity*

**CERTIFICATE OF SERVICE BY CM/ECF**

I hereby certify that on the 29th day of June, 2010, the forgoing **NOTICE OF SETTLEMENT**was filed with the Clerk of the Court using the CM/ECF system.

David A. Lane, Esq.
dlane@kln-law.com

Michael T. Lowe, P.C.
mlowe@bcjlpc.com

Qusair Mohamedbhai, Esq.
qmohamedbhai@kln-law.com

*/s/ Marilyn Montoya*
Marilyn Montoya, Legal Secretary
Denver City Attorney's Office