IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-01466-REB-KMT

AMY SHROFF, and
LAILA KRUSE, a minor by her mother and next friend AMY SHROFF,

    Plaintiffs,

v.

FRANK SPELLMAN, in his official and individual capacity,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulated Motion To Dismiss With Prejudice Defendant Frank Spellman** [#100] filed July 23, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss With Prejudice Defendant Frank Spellman** [#100] filed July 23, 2010, is **GRANTED**; and

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated July 26, 2010, at Denver, Colorado.

                                           BY THE COURT:

                                           *[signature: Bob Blackburn]*
                                           Robert E. Blackburn
                                           United States District Judge